NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

B. L. G-H,                                  )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D17-2801
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Polk
County; Mark H. Hofstad, Judge.

Ita M. Neymotin, Regional Counsel,
Second District, Ft. Myers; and Joseph
Thye Sexton, Assistant Regional Counsel,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee; and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.